IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKAYLAH WHITE**, *Plaintiff,* v. **TRANS UNION, LLC, et al.**, *Defendants.* | Case No. 2:22-cv-02653-JDW |

### ORDER

**AND NOW**, this 11th day of October, 2022, upon consideration of Defendant LVNV Funding, LLC's Motion To Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction Pursuant To Fed. R. Civ. P. 12(b)(2) (ECF No. 28) and Defendant Portfolio Recovery Associates, LLC's Motion To Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction Pursuant To Fed. R. Civ. P. 12(b)(2) (ECF No. 31), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. LVNV's Motion (ECF No. 28) is **GRANTED**;

2. PRA's Motion (ECF No. 31) is **GRANTED**; and

3. Plaintiff's claims against LVNV Funding, LLC and Portfolio Recovery Associates, LLC are **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.